802

No. 35, Misc. BOLDEN *v.* CLEMMER ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. September 21, 1960. Petition dismissed pursuant to stipulation of counsel under Rule 60 of the Rules of this Court. Petitioner *pro se.* *Solicitor General Rankin* for respondents.

No. 258, Misc. JONES *v.* MARKWAY, SHERIFF. On petition for writ of certiorari to the Supreme Court of Missouri. September 30, 1960. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

SEPTEMBER 1, 1960.

No. 336, October Term, 1960. UPHAUS *v.* WYMAN, ATTORNEY GENERAL OF NEW HAMPSHIRE. Appeal from the Supreme Court of New Hampshire. The application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, is denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE DOUGLAS are of the opinion the application should be granted. *Louis Lusky, Marvin H. Morse, Grenville Clark, Dudley W. Orr, Royal W. France, Hugh H. Bownes* and *Leonard B. Boudin* for appellant. *Louis C. Wyman,* Attorney General of New Hampshire, for appellee.